IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XIA ZHAO and DAVID EHRMANN, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 11-7514 |
| SKINNER ENGINE COMPANY *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 16th day of May, 2012, upon careful consideration of plaintiffs Xia Zhao and David Ehrmann's motion to remand (document no. 13) and defendant Francis Shaw plc's opposition,[1] **IT IS HEREBY ORDERED** that the motion is **DENIED**, and Francis Shaw is granted leave to file an amended notice of removal within 10 days of the date of this order.

    /s/William H. Yohn Jr.
    William H. Yohn Jr., Judge

---

[1] Francis Shaw plc asserts that it was incorrectly sued as Francis Shaw & Co., Ltd., and Francis Shaw Cable Machinery. I refer to the entities collectively as "Francis Shaw."