IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIA ZHAO and DAVID EHRMANN, | : |
| Plaintiffs, | : |
| v. | : |
| SKINNER ENGINE COMPANY; FRANCIS SHAW & CO., LTD.; FRANCIS SHAW & CO. (MANCHESTER) LTD.; FRANCIS SHAW CABLE MACHINERY; BARWELL POLYMER MACHINERY CO.; POLYMER MACHINERY CO.; FARRELL CORPORATION a/k/a HF MIXING GROUP; HF RUBBER MACHINERY, INC.; and SHAR SYSTEMS, INC. | : CIVIL ACTION<br>: NO. 2:11-CV-07514-WY |
| Defendants. | : |

**ORDER**

**AND NOW**, this 8th day of November 2012, upon careful consideration of defendants' motion to dismiss for lack of jurisdiction and for failure to state a claim (Doc. # 45), and plaintiffs' opposition thereto, **IT IS HEREBY ORDERED** that:

1. With respect to the alleged breach of an express warranty in count III, the defendants' motion to dismiss is **GRANTED** and that claim is **DISMISSED WITH PREJUDICE**.

2. Francis Shaw & Co., Ltd. and Francis Shaw Cable Machinery are **DISMISSED** from this suit for lack of personal jurisdiction. However, this dismissal is **WITHOUT PREJUDICE** to plaintiffs' right to conduct discovery into jurisdictional issues for a period of sixty days from the date of this order and submit a supplemental memorandum within ten days of the close of discovery, if plaintiffs decide to pursue these two defendants. If plaintiffs submit to the court a supplemental memorandum concerning the jurisdictional issues of said defendants, the defendants will have ten days to submit a supplemental reply memorandum to the court.

3.  The remainder of the Francis Shaw defendants' motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) is **DENIED**.

 s/ William H. Yohn Jr. 
William H. Yohn Jr., Judge
