IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XIA ZHAO, ET AL. | : CIVIL ACTION | |
| vs. | : | **FILED** |
| SKINNER ENGINE COMPANY, ET AL. | : NO.  11cv7514 | DEC 1 0 2013 |

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

**AND NOW**, this _9_ day of December, 2013, upon consideration of Farrel

Corporation a/k/a HF Mixing Group and HF Rubber Machinery, Inc.'s motion for summary

judgment (Document No. 98), the responses of plaintiffs and Francis Shaw & Co., (Manchester)

Ltd., and movants' reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and:

      1. Judgment is entered in favor of Farrel Corporation a/k/a HF Mixing Group and

HF Rubber Machinery, Inc. and against Xia Zhao and David Ehrmann.

      2. Judgment is entered in favor of Farrel Corporation a/k/a HF Mixing Group and

HF Rubber Machinery, Inc. and against Francis Shaw & Co., (Manchester) Ltd. on all of its

crossclaims.

William H. Yohn Jr., Judge